# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:08cr59
## [LEAD CASE]

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TERRY DALE DAYTON. ) <br> ) <br> Defendant. ) <br> _____ ) | Case Nos. 3:07cr288 <br> 3:08cr40 <br> 3:08cr45 <br> 3:08cr59 |

## O R D E R

**THIS MATTER** is before the Court on the Defendant's Motions for Consolidation filed April 17, 2008 seeking to consolidate the following captioned cases: 3:07cr288 [Doc. 14], 3:08cr40 [Doc. 3], 3:08cr45 [Doc. 4] and 3:08cr59 [Doc. 3] pursuant to Rule 8 of the Federal Rules of Criminal Procedure.

For the reasons stated in the motions, these cases are consolidated.

**IT IS THEREFORE ORDERED**, that the Defendant's Motions for Consolidation are **GRANTED.** *USA v. Terry Dale Dayton,* 3:07cr288; *USA*

*v. Terry Dale Dayton,* 3:08cr40; *USA v. Terry Dale Dayton,* 3:08cr45 and *USA v. Terry Dale Dayton,* 3:08cr59 are hereby consolidated, with *USA v. Terry Dale Dayton,* 3:08cr59 deemed the lead case.

Signed: April 18, 2008

Martin Reidinger
United States District Judge